IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| JUAN E. MADIEDO | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:14cv489 |
| WARDEN LARA, ET AL. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Juan E. Madiedo, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

The respondent filed a motion to dismiss, or, alternatively, for summary judgment. Treating the motion as a motion for summary judgment, the magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation were filed.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. The respondent's motion for summary judgment is **GRANTED**. An appropriate final judgment shall be entered.

**SIGNED** this the **21** day of **March, 2017.**

_____
Thad Heartfield
United States District Judge